JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRIE PRITCHETT,<br><br>    Plaintiff,<br><br>    v.<br><br>NORTHWEST DEALERCO HOLDINGS, LLC, a Delaware Limited Liability Company; and DOES 1-10,<br><br>    Defendants. | Case No.: 2:20-cv-04268-MWF-JEM<br><br>*Hon. Michael W. Fitzgerald*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Terrie Pritchett's action against Defendant Northwest Dealerco Holdings, LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: April 12, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge